UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   'O'   JS-6

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-5213-CAS(SKx) | Date | March 22, 2017 |
| Title | GLEN BROEMER v. THE CITY OF OXNARD ET AL. | | |

Present: The Honorable   **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S ELECTION TO STAND ON SUFFICIENCY OF COMPLAINT (Dkt. 68, filed January, 22, 2017)

On December 22, 2016, the Court struck plaintiff Glen Broemer's second amended complaint ("SAC") for failure to comply with an order designating him a vexatious litigant. Dkt. 60; see Broemer v. Bush, No. 2:10-cv-05193-MMM-RZ (Feb. 6, 2014 C.D. Cal.), dkt. 62. The Court granted plaintiff leave to amend and ordered plaintiff to file a third amended complaint within thirty days of its order. Dkt. 60 at 3.

On January 22, 2017, plaintiff filed a notice that he elects to stand on the sufficiency of his SAC in order to expedite the matter for appeal. Dkt. 68.

On March 31, 2017, plaintiff refiled his SAC. Dkt. 71. In light of the fact that plaintiff's SAC was previously stricken, the Court construes this as an effort to preserve the record for appeal.

In accordance with plaintiff's request to stand on the SAC, the Court **DISMISSES** plaintiff's claims **with prejudice** so that plaintiff can proceed with any appeal.

IT IS SO ORDERED.

                                                                                        00   :   00
                                                            Initials of Preparer         CMJ